UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>TIMMY JOE TAYLOR,<br><br>            Defendant. | Case No. CR12-195JLR<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF PROBATION** |

INTRODUCTION

I conducted a hearing on alleged violations of probation in this case on December 23, 2015. The United States was represented by Kate Vaughn, and defendant was represented by Nicholas Marchi. The proceedings were electronically recorded.

CONVICTION AND SENTENCE

Defendant had been convicted on or about July 30, 2013, on charges of making a false claim. The Hon. James L. Robart sentenced defendant to a three year term of probation.

The court modified the conditions of probation on December 17, 2013, to add a requirement for a sobrietor, after defendant admitted to drinking alcohol.

PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO
ALLEGED VIOLATIONS OF PROBATION - 1

## ALLEGED VIOLATIONS AND DEFENDANT'S DENIAL

In an application dated November 24, 2015, USPO Jamie Halvorson alleged that defendant violated the conditions of probation on May 30, 2015, by committing the offense of domestic violence assault, and exposing children to domestic violence assault.

At the initial hearing on December 23, 2015, I advised defendant as to these charges and as to his constitutional rights. Defendant denied the charges. He has been charged in state court with offenses arising from the same alleged conduct, and is awaiting trial in state court.

These probation revocation charges have been set for an evidentiary hearing before Judge Robart on January 19, 2016 at 9:00 a.m.

Pursuant to the stipulation of the parties, defendant has been released on his personal recognizance, with all conditions of his probation incorporated as conditions of his release. Defendant appeared at the initial appearance as directed, pursuant to a summons.

DATED this 23rd day of December, 2015.

/s/JOHN L. WEINBERG
JOHN L. WEINBERG
United States Magistrate Judge